UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

OCA, INC. ET AL,

        Debtor

CASE NO. 06-10179
SECTION "B"

Chapter 11

## NOTICE OF APPOINTMENT OF
## EQUITY SECURITY HOLDERS COMMITTEE

    COMES NOW, the United States Trustee, Region 5, by the undersigned, and pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), hereby gives notice that the following list of equity security holders of the above-named debtor(s) are among those holding equity security claims and are willing to serve and therefore are appointed to serve as a committee of equity security holders with the powers enumerated in 11 U.S.C. §1103.

    The equity security holders committee members' names and addresses are listed on Attachment A which is incorporated and made a part of this notice. A copy of this notice has been sent to each equity security holder listed on Attachment A as well as the debtor and its attorney.

Dated: June 13, 2006

                                      Respectfully submitted,

                                      R. MICHAEL BOLEN
                                      United States Trustee
                                      Region 5, Judicial Districts of
                                         Louisiana and Mississippi

                              By: s/ Robert C. Gravolet
                                  Robert C. Gravolet
                                  Trial Attorney
                                  Bar No. 08404
                                  (504) 589-2594
                                  400 Poydras St., Suite 2110
                                  New Orleans, LA 70130