Case No. 06-10179-B

# ATTACHMENT A

# NAMES AND ADDRESSES OF EQUITY SECURITY HOLDERS COMMITTEE

Night Watch Capital Management
Attn: Paul Burgon
3311 N. University Avenue
Suite 200
Provo, UT 84604

Kawagawa Holdings LLC
Attn: David Shuldiwer
80 West 12th Street
New York, NY 10011

Xerion Capital Partners LLC
Attn: Daniel J. Arbess
450 Park Avenue
27th Floor
New York, NY 10022

Adrian J. Costanza, DDS
48 Newhall Street
Revere, MA 02151

Charles Stewart, P.A.
7900 Morning Lane
Fort Worth, TX 76123