Case No. 06-10179-B

**Phone Numbers of Equity Security Holders
Committee Members**

Night Watch Capital Management
Attn:  Paul Burgon
Phone (801) 805-1300; Fax (801) 344-8773

Kawagawa Holdings LLC
Attn:  David Shuldiwer
Phone (212) 255-2859; Fax (212) 255-2859

Xerion Capital Partners LLC
Attn:  Daniel J. Arbess
Phone (212) 940-9820; Fax (212) 940-9858

Adrian J. Costanza, DDS
Phone (781) 289-8050; Fax (781) 289-8051

Charles Stewart, P.A.
Phone (817) 346-6679; Office (817) 370-0268; Fax (817) 263-9217