# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ------------------------------------------------------x | | |
| In re | : | Chapter 11 Case No. |
| | : | 06-10179 (B) |
| OCA, INC., *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------x | | |

## ORDER ON MOTION TO LIFT STAY

This matter came on for hearing on October 11, 2006, at 2:00 p.m. on the Limited Motion of Dudley M. Hodgkins, DDS, MSD, and Dudley M. Hodgkins, DDS, MSD, PC for Relief from the Automatic Stay [**P-1615**] filed on August 25, 2006 (the "Motion"), and the Court after considering the law and the evidence, including the argument of counsel, and finding the same are in favor of Debtors, for reasons orally assigned, accordingly;

**IT IS HEREBY ORDERED** that the Motion is DENIED.

\New Orleans, Louisiana, October 17, 2006.

*J. A. Brown*
_____
Jerry A. Brown
U.S. Bankruptcy Judge

03072/18292/143269.01